United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH S. NEW,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION, COUNTRYWIDE HOME LOANS, INC., d/b/a AMERICA'S WHOLESALE LENDER, CTC REAL ESTATE SERVICES, RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and BANK OF AMERICA, N.A.,<br><br>    Defendants.<br>                                                      / | No. C 14-00150 WHA<br><br>**AMENDED ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER** |

In this foreclosure action, plaintiff moves for a temporary restraining order "for the following acts" (Dkt. No. 2). Among other problems, however, he never explicitly states what the "following acts" are. In his supporting brief, plaintiff states that the "foreclosure of Plaintiff's property was wrongful" and therefore implies that he seeks to enjoin a foreclosure sale that has already occurred (Dkt. No. 3). Our court of appeals, however, has held that a motion for a temporary restraining order to enjoin a foreclosure sale is moot if the foreclosure sale has already occurred. *Vegas Diamond Props., LLC v. FDIC*, 669 F.3d 933, 936 (9th Cir. 2012);

1  *Park v. Aurora Loan Servs.*, 485 Fed. Appx. 901, 902 (9th Cir. 2012).  He does not identify any
2  other action that he seeks to enjoin.  Thus, plaintiff's motion is **DENIED**.

4  **IT IS SO ORDERED.**

6  Dated:  January 14, 2014. 
   WILLIAM ALSUP
7  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California