IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH S. NEW,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, *et al.*

    Defendants.

    /

No. C 14-00150 WHA

**REQUEST RE CASE MANAGEMENT CONFERENCE**

    In this foreclosure action, *pro se* plaintiff Joseph New claims that defendants have foreclosed on the wrong property. Plaintiff states that the foreclosure sale has already occurred, but he still retains possession of the property (Br. at 1; Dkt. No. 25). While he claims that the sheriff has been preventing from executing a writ of possession on his property due to a stay in a concurrent bankruptcy proceeding, he will seek a preliminary injunction against the sheriff as well.

    Although unclear, his complaint seems to allege that the relevant deed of trust references a property located at 219 De Long Street, whereas defendants foreclosed on a property located at 215 De Long Street (Compl. at 4). In their motion to dismiss, Defendants U.S. Bank and Mortgage Electronic Registration Systems, Inc., merely state that they properly foreclosed on the property located at 219 De Long Street without addressing plaintiff's allegations (Br. at 4). Plaintiff also states in his case management statement that there are at least three related actions.

In particular, he has a pending Chapter 13 bankruptcy action and two pending state court actions against defendants Bank of America, N.A., U.S. Bank N.A., and others.

Defendants in this action should be prepared to discuss plaintiff's allegations that they foreclosed on the wrong property at the April 10 case management conference. In addition, defendants should be prepared to discuss any related actions, including the ones listed by plaintiff in his case management statement, at the conference.

**IT IS SO ORDERED.**

Dated: April 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2