**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JOSEPH S. NEW,
11          Plaintiff,                               No. C 14-00150 WHA
12     v.                                            No. C 13-03418 JST
13   U.S. BANK NATIONAL ASSOCIATION,
     *et al.*                                        **SUA SPONTE JUDICIAL**
14                                                   **REFERRAL FOR PURPOSE OF**
                                                     **DETERMINING RELATIONSHIP**
15          Defendants.
                                        /
16
17          At the case management conference, defendants identified *U.S. Bank National*
18   *Association v. Joseph S. New*, 13-cv-3418, as a related foreclosure action.  As both actions
19   involve the same property (219 De Long Street), this action is hereby referred to Judge Jon Tigar
20   to determine whether the actions are related.  Civil L.R. 3–12.
21
22          **IT IS SO ORDERED.**
23
24   Dated:  April 10, 2014.                         _____
                                                     WILLIAM ALSUP
25                                                   UNITED STATES DISTRICT JUDGE
26
27
28